### Alice MILLIMAN v. STATE (7 cases).
### Nos. 25296–25302.

Court of Criminal Appeals of Texas.
May 16, 1951.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for a violation of the liquor law in Smith County. The penalty assessed is a fine of $100.

Upon the written motion of the appellant, duly verified, the appeal is dismissed.

### COPELAND v. STATE.
### No. 25305.

Court of Criminal Appeals of Texas.
May 16, 1951.

No attorney on appeal for appellant.

A. C. Winborn, Criminal Dist. Atty., Ben S. Morris, Asst. Crim. Dist. Atty., Houston, George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Appellant was convicted and assessed a life term in the penitentiary under Art. 63, P.C., upon an indictment properly charging the offense of burglary after two prior convictions for felonies less than capital.

No statement of facts or bills of exception appear in the record.

The judgment is affirmed.

Opinion approved by the Court.